Dismissed and Memorandum Opinion filed August 28, 2008








Dismissed
and Memorandum Opinion filed August 28, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00649-CV

____________

 

DONNA R. THOMAS, Appellant

 

V.

 

COASTAL I CONSTRUCTION, INC., Appellee

 



 

On Appeal from the
County Civil Court at Law No. 1

Harris County,
Texas

Trial Court Cause
No. 895159

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 12, 2008.  On August 13, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed August
28, 2008.

Panel consists of Chief Justice Hedges and Justices
Guzman and Brown.